UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

\# 11 CR 755 (JFK)

-V-

Johnny Nunez
----------------------------------X

Please be advised that the ~~conference~~/(sentence) scheduled for April 17, 2013 has been rescheduled to April 18, 2013 at 10:30 am in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
4-16-13

*[signature]*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-16-13