USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
    United States of America    :

        -V-

    Johnny Nunez    :    # 11 Cr 755 (JFK)

-------------------------------X

    The sentence is adjourned from April 18, 2013 to April 22, 2013 at 10:30 a.m. in Courtroom 20-C.


SO ORDERED.

Dated:   New York, New York
          4-17-13

                             JOHN F. KEENAN
                             United States District Judge